AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-CV-02310-JGB (SPx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>PUTNAM MOTORS, INC., A CALIFORNIA CORPORATION</u> was received by me on *(date)* <u>Dec 4, 2019</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>John Saba, Sales Manager</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Fri, Dec 06 2019</u>, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>John Saba, Sales Manager on behalf of Martin J. Putnam - Agent for Service</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>PUTNAM MOTORS, INC., A CALIFORNIA CORPORATION</u> on *(date)* <u>Fri, Dec 06 2019 at 9:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>00.00</u> for travel and $ <u>168.50</u> for services, for a total of $ <u>$168.50</u>.

I declare under penalty of perjury that this information is true.

Date: 12/06/2019

*Server's signature*

Bob Willoughby - Process Sever 533 San Mateo

*Printed name and title*

4651 Brookhollow Circle, Ste. C, Riverside, CA 92509

*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Dec 6, 2019, 9:45 am PST at COMPANY: 390 CONVENTION WAY, REDWOOD CITY, CA 94063 received by John Saba, Sales Manager.

Additional Documents Served:
Class Action Complaint; Civil Cover Sheet: Certification and Notice of Interested parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Standing Order

A declaration of mailing is attached.

MC-031

| PLAINTIFF / PETITIONER: JOANNE BARTEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED <br> DEFENDANT / RESPONDENT: PUTNAM MOTORS, INC., A CALIFORNIA CORPORATION | CASE NUMBER: <br> 5:19-CV-02310-JGB (SPX) |
|---|---|

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.
2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; STANDING ORDER
3. By placing a true copy of each document in United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing:     Fri, Dec 06 2019
   b. Place of Mailing:    Riverside, CA 92509
   c. Addressed as Follows: PUTNAM MOTORS, INC., A CALIFORNIA CORPORATION
                            c/o Martin J. Putnam - Agent for Service
                            390 CONVENTION WAY
                            REDWOOD CITY, CA 94063
4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service
5. Person who mail served papers
   a. Name:              Glenn Grainger
   b. Address:           4651 Brookhollow Circle, Ste. C, Riverside, CA 92509
   c. Telephone number:  951-353-8281
   d. I am:
      (1) [ ] not a registered California process server.
      (2) [X] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
           (i)  [ ] owner  [ ] employee  [ ] independent contractor
           (ii) Registration No:
           (iii) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/09/2019

Glenn Grainger
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

[ ] Attorney for   [ ] Plaintiff   [ ] Petitioner   [ ] Defendant
[ ] Respondent    [ ] Other (Specify):



```
02 1P                  $ 001.90⁰
0004726041   DEC 06 2019
MAILED FROM ZIP CODE 92509
```

PUTNAM ~~MOTOS~~ Motors, INC., A CALIFORNIA
CORPORATION
C/O MARTIN J. PUTNAM – AGENT FOR SERVICE
390 CONVENTION WAY
REDWOOD CITY, CA 94063